# OCTOBER TERM, 1932.

KAMNKOLSKI *v.* CITY OF DETROIT.

This case is controlled by *Linski* v. *City of Detroit, ante,* 385.

Appeal from Wayne; Collingwood (Charles B.), J., presiding. Submitted June 21, 1932. (Docket No. 90, Calendar No. 36,504.) Decided October 4, 1932.

Bill by John Kamnkolski against City of Detroit, a municipal corporation, to set aside special assessments for street improvement purposes. Decree for plaintiff. Defendant appeals. Affirmed.

*Frank C. Cook* and *John P. O'Hara* (*John Conway Cook,* of counsel), for plaintiff.

*Walter Barlow* and *Arthur F. Lederle* (*Clarence E. Wilcox,* of counsel), for defendant.

CLARK, C. J. This case is a companion of *Linski* v. *City of Detroit, ante,* 385, and is ruled thereby. Affirmed.

McDONALD, POTTER, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.